LETITIA CROTTY, PETITIONER-RESPONDENT, v. DRIVER HARRIS CO., DEFENDANT-PETITIONER.

See same case below: 49 *N. J. Super.* 60.

*Mr. Edward B. Meredith* for the petitioner.

*Messrs. O'Brien, Brett & O'Brien* for the respondent.

May 12, 1958. Denied.